FORM 26. Docketing Statement                                Form 26 (p. 1)
                                                              July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 23-1415

**Short Case Caption:** ParkerVision, Inc. v. TCL Industries Holdings Company, Limited

**Filing Party/Entity:** ParkerVision, Inc.

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
| --- | --- | --- |
| USPTO | IPR2021-00990 | Patent-Inter Partes Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal of Patent Trial and Appeal Board (PTAB) Final Written Decision finding claims 2-4 of U. S. Patent No. 7,110,444 unpatentable.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

The PTAB found claims 2-4 of U.S. Patent No. 7,110,444 unpatentable.

**Briefly describe the judgment/order appealed from:**

In the Final Written Decision referenced herein, the PTAB found the claims indicated above to be unpatentable under 35 U.S.C. 103(a).

**Nature of judgment (select one):**       **Date of judgment:** 11/21/22

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                       _____

**FORM 26. Docketing Statement**                                    Form 26 (p. 2)
                                                                    July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal:  ☐ None/Not Applicable

Whether the PTAB incorrectly ruled that the challenged claims in the inter partes review (IPR) proceeding referenced herein were unpatentable under 35 U.S.C. 103(a).

Have there been discussions with other parties relating to settlement of this case?
☐ Yes   ☑ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☑ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation?  ☐ Yes   ☑ No
Explain.

Appellant remains open to discussion, but does not believe mediation would be productive at this time.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

None.

Date: 2/1/23             Signature: /s/ Ronald M. Daignault
                         Name:      Ronald M. Daignault

Save for Filing

| FORM 30. Certificate of Service | Form 30 |
|---|---:|
| | July 2020 |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 23-1415

**Short Case Caption** ParkerVision, Inc. v. TCL Industries Holdings Company, Limited

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 02/01/2023

by ☐ U.S. Mail ☐ Hand Delivery ☑ Email ☐ Facsimile
   ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Kristopher L. Reed | kreed@kilpatricktownsend.com |
| Edward J. Mayle | tmayle@kilpatricktownsend.com |
| Matias Ferrario | mferrario@kilpatricktownsend.com |
| Steven Pepe | steven.pepe@ropesgray.com |
| Scott Taylor | scott.taylor@ropesgray.com |

☑ Additional pages attached.

Date: 02/01/2023

Signature: /s/ Ronald M. Daignault

Name: Ronald M. Daignault

| FORM 30. Certificate of Service | Form 30 |
|---|---|
| | July 2020 |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF SERVICE

**Case Number** 23-1415

**Short Case Caption** ParkerVision, Inc. v. TCL Industries Holdings Company, Limited

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 02/01/2023

by ☐ U.S. Mail  ☐ Hand Delivery  ☑ Email  ☐ Facsimile
   ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Matthew R. Shapiro | matthew.shapiro@ropesgray.com |
| | |
| | |
| | |
| | |

☐  Additional pages attached.

Date: 02/01/2023    Signature: /s/ Ronald M. Daignault

Name: Ronald M. Daignault